UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S.Y.,

      Plaintiff,

v.                              Case No:  2:20-cv-619-JES-KCD

LAXMI OF NAPLES, LLC,

      Defendant.

_____

**ORDER**

This matter comes before the Court on the Mediator's Report (Doc. #104), filed on July 19, 2022.  The Mediator indicates that the matter has been completely resolved and that all parties were present for the mediation.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*.  After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered.  The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___19th___ day of July 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 2 -